# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL P. KERAK, | : | 67 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 105 MD 2015 |
| | : | dated March 30, 2015 |
| v. | : | |
| | : | Notice of Appeal and Jurisdictional |
| | : | Statement |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **FILED:  November 19, 2015**

**AND NOW**, this 19th day of November, 2015, the direct appeal is hereby **QUASHED**.